

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIE RAYMOND REVOCABLE TRUST, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAT FIVE LLC, CITIGROUP ALTERNATIVE INVESTMENTS LLC, CITIGROUP FIXED INCOME ALTERNATIVES, CITIGROUP GLOBAL MARKETS INC. and REAZ ISLAM,<br><br>Defendants. | Civil Action No. 08 CIV 4152 NRB<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER FOR THE CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| ALICE LILLEGARD and ROBERT LILLEGARD, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAT FIVE LLC, CITIGROUP ALTERNATIVE INVESTMENTS LLC, CITIGROUP FIXED INCOME ALTERNATIVES, CITIGROUP GLOBAL MARKETS INC. and REAZ ISLAM,<br><br>Defendants. | Civil Action No. 08 CIV 5641-UA |

Upon good cause shown and all of the records and proceedings herein,

IT IS HEREBY ORDERED THAT:

### I. CONSOLIDATION

The above-captioned actions and any subsequently filed related actions are appropriate for consolidation and are consolidated for all purposes including, but not limited to, discovery, pre-trial proceedings and trial proceedings, pursuant to Rule 42(c) of the Federal Rules of Civil Procedure. This matter shall be identified as: *In MAT Five Securities Litigation*, Case No.: 08-civ-4152 NRB, and the files of the action shall be maintained in one file under Master File No. 08-civ-4152 NRB.

### II. APPOINTMENT OF LEAD PLAINTIFF

The Michael Joel Stone Revocable Trust and Albeco, Inc., are hereby appointed the Lead Plaintiff in the action pursuant to Section (3)(B) of the 1933 Act, 15 U.S.C. § 77(z)-1(a)(3)(B).

### III. PLAINTIFF'S COUNSEL

Lead Plaintiff's selection of the law firm of Hulett Harper Stewart LLP as Plaintiff's Lead Counsel and The Rosen Law Firm, P.A. as liaison counsel in this action is approved.

Lead counsel is hereby vested by the Court with the following responsibilities and duties in connection with this action:

1. To direct and coordinate the briefing and arguing of motions;

2. To direct and coordinate the initiation and conduct of discovery proceedings, including, but not limited to, requests for production of documents, written interrogatories, requests for admissions, depositions and/or third party subpoenas;

3. To direct and coordinate the examination of witnesses in depositions and on oral interrogatories;

4. To act as spokespersons at pretrial conferences;

1

5.  To direct the preparation for a trial of this matter and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

6.  To direct and coordinate the conduct of pre-trial, trial and post-trial proceedings;

7.  To consult with and employ experts;

8.  To initiate and conduct all settlement negotiations with counsel for Defendants; and

9.  To perform such other duties as may be expressly authorized by further order of the Court.

No motion, request for discovery, or other pre-trial proceedings shall be initiated or filed by any plaintiff except through Plaintiff's Lead Counsel.

Defendants' counsel may rely upon all agreements made with Plaintiff's Lead Counsel, and such, agreements shall be binding on all plaintiffs in this action.

Plaintiff's Lead Counsel is hereby designated as the counsel for plaintiffs upon whom all notices, orders, pleadings, motions discovery, and memoranda may be served and defendants shall effect service of papers on plaintiffs by serving Plaintiff's Lead Counsel. Plaintiff's Lead Counsel is authorized to receive orders, notices, correspondence and telephone calls from the Court and the Clerk of the Court on behalf of all plaintiffs.

If Defendants file a single pleading or other paper directed to all plaintiffs in this action, the response on behalf of plaintiffs shall be made in a single pleading or other paper to be served by Plaintiff's Lead Counsel. All plaintiffs in this action shall be bound by that pleading or paper.

SO ORDERED, this 9th day of July, 2008

HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Submitted by:

THE ROSEN LAW FIRM, P.A.
LAURENCE M. ROSEN, ESQ. (LR 5733)
PHILLIP KIM, ESQ. (PK 9384)


/s/ Phillip Kim
PHILLIP KIM, ESQ.

350 Fifth Avenue, Suite 5508
New York, NY 10118
Telephone:    (212) 686-1060
Facsimile:    (212) 202-3827

HULETT HARPER STEWART LLP
KIRK B. HULETT (KBH 2281)
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone:    (619) 338-1133
Facsimile:    (619) 338-1139

Attorneys for Proposed Lead Counsel for
Movant Michael Joel Stone Revocable Trust
and Albeco, Inc.

3